1   .

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  DOMINIC BRIAN LEBLUE,                    )  Case No.: 1:21-cv-01167-JLT (HC)
                                             )
12              Petitioner,                  )  ORDER TRANSFERRING CASE TO THE
                                             )  UNITED STATES DISTRICT COURT FOR THE
13         v.                                )  CENTRAL DISTRICT OF CALIFORNIA
                                             )
14  B. CATES, Warden,                        )
                                             )
15              Respondent.                  )
                                             )
16  _____ )

17         The federal venue statute requires that a civil action, other than one based on diversity

18  jurisdiction, be brought only in "(1) a judicial district in which any defendant resides, if all defendants

19  are residents of the State in which the district is located, (2) a judicial district in which a substantial

20  part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is

21  the subject of the action is situated, or (3) if there is no district in which an action may otherwise be

22  brought as provided in this section, any judicial district in which any defendant is subject to the court's

23  personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

24         In this case, the petitioner is challenging a conviction from Los Angeles County, which is in

25  the Central District of California.  Therefore, the petition should have been filed in the United States

26  District Court for the Central District of California.  In the interest of justice, a federal court may

27  transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v.

28  McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

1       Accordingly, the Court ORDERS that this matter is transferred to the United States District

2    Court for the Central District of California.

3

4    IT IS SO ORDERED.

5       Dated:   __**August 6, 2021**__                      _____ **/s/ Jennifer L. Thurston**

6                                                          CHIEF UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28